**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 26, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00878-CV

---

## IN RE STEVEN  HOTZE M.D., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-18494**

---

## MEMORANDUM OPINION

On Monday, November 18, 2024, relator, Steven Hotze M.D., filed a petition for writ of mandamus in this court.  *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.  In the petition, relator asks this court to compel the Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, to vacate the trial court's October 5, 2024 "Order Denying Defendant's

Second Motion to Stay Case" and order the trial court to grant its "Motion to Stay and/or Abate Proceeding."

Relator has not demonstrated that he is entitled to the relief requested. We deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Poissant.